UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
S FRANKLIN LLC  : CHAPTER 11
: CASE No. 5-19-00541-RNO
Debtor

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

AND NOW, this 5th day of June 2019, comes Lisa A. Rynard, Esquire, and Purcell, Krug & Haller, counsel of record for Debtor, and files this Motion to withdraw her appearance as counsel and states the following in support thereof:

1. Debtor, S Franklin LLC, filed the above Chapter 11 Bankruptcy case on February 7, 2019.

2. Debtor has not filed a Plan of Reorganization nor Disclosure Statement, to date.

3. Debtor is the owner of rental real estate located at 207 New Elizabeth Street, Wilkes-Barre, PA and holds an assigned interest in rental real estate located at 196 Lakeside Drive, Harveys Lake, PA.

4. It was Counsel's understanding at the outset of the case that Debtor wished to save both properties from foreclosure and propose a plan to resolve mortgage arrears.

5. Since filing Debtor has declined to take any necessary steps to effectuate a good faith attempt to reorganize.

6. Debtor has failed to make the post-petition mortgage payments on the property located at 207 New Elizabeth Street, the only income producing property, and the lender has been granted relief from the automatic stay.

7. Debtor has declined to secure a tenant for 196 Lakeside Drive, and as such has no income generating properties to fund a Chapter 11.

8. Debtor has secured the DIP account but has failed to produce a signed depository agreement from the Bank, to date.

9. Debtor has falsified Monthly Operating Reports.

10. Debtor has failed to comply with the Court Order of February 27, 2019 requiring post-petition retainer funds to Purcell, Krug & Haller, though Debtor continues to incur fees and costs for services.

11. Despite numerous requests, Counsel has been unable to secure Debtor's cooperation in the Chapter 11 proceeding.

12. Communications between Debtor and Counsel have become strained as a result.

13. In addition, there are certain ethical concerns which may arise with respect to continued representation by Counsel.

WHEREFORE, Lisa A. Rynard, Esquire and Purcell, Krug & Haller hereby respectfully requests that their representation of Debtor be withdrawn in the above captioned case.

Respectfully submitted,

**Purcell, Krug & Haller**

By: */s/ Lisa A. Rynard*
Lisa A. Rynard, Esquire
1719 N. Front Street
Harrisburg PA 17102
lrynard@pkh.com
(717) 234-4178